**Order filed January 29, 2015**



In The

# Fourteenth Court of Appeals

———————

NO. 14-13-01077-CR
NO.  14-13-01078-CR

———————

**JAQUALIEN GRANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1386097**

---

## ORDER

Appellant has filed a motion in both these appeals to extend time to file an amended brief.  The motion is granted, Appellant may amend the brief to address any issues in Appeal Number 14-13-01078-CR.

PER CURIAM

Panel consists of Justices Christopher, Jamison and Busby.